AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAMILTON, CLYDE H. | US COURT OF APPEALS - 4TH CIR. | 03/27/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE-Senior Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

BANK OF AMERICA PLAZA
1901 MAIN ST., SUITE 1250
COLUMBIA, SC 29201-2435

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | No Refund on 2011 Federal Income Tax Return | |
| 2. | 04/13/2012 | Refund on 2011 Income Tax Return: South Carolina Department of Revenue | $4,231.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed Interior Designer; Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) |
| 2. | | Salary and Commissions |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | None |
| 2. | Pulliam-Morris Decorating Company, Inc. | Loan to purchase additional interest in Columbia, SC Warehouse (Pt. VII, Page 18, Line 243-244 | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. CHARLES SCHWAB INSTITUTIONAL (formerly WELLS FARGO | | | | | | | | | |
| 4. ADVISORS) -- Self-directed: | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. PROCTOR & GAMBLE CO. (common stock) | B | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. JOHNSON & JOHNSON (common stock) | A | Dividend | K | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PAYCHEX, INC. (common stock) | A | Dividend | | | Sold | 10/31/12 | K | A | |
| 19. | | | | | | | | | |
| 20. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 23. Companies) (common stock) | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Philip Morris International, Inc. (common stock) | A | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |
| 28. | | | | | | | | | |
| 29. NEXTERA ENERGY, INC. (formerly FPL GROUP, INC.) | A | Dividend | K | T | | | | | |
| 30. (common stock) | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | 05/01/12 | J | | No gain. See Spin-Off |
| 33. | | | | | | | | | below. |
| 34. PHILLIPS 66 (common stock) | A | Dividend | J | T | Spinoff (from line 32) | 05/01/12 | J | | See above. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. NORFOLK SOUTHERN CORP. (common stock) | B | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. WALGREEN COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 41. | | | | | | | | | |
| 42. WASTE MGMT INC DEL (common stock) | A | Dividend | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. AT&T, Inc. (common stock) | B | Dividend | K | T | | | | | |
| 45. | | | | | | | | | |
| 46. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | L | T | | | | | |
| 47. | | | | | | | | | |
| 48. DEERE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. FREEPORT-McMORAN COPPER & GOLD, INC. (common stock) | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN ELECTRIC POWER CO., INC. (common stock) | B | Dividend | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. (Additional New Buys in 2012) | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. VISA INC CL A (common stock) | A | Dividend | K | T | Buy | 03/12/12 | J | | |
| 57. | | | | | | | | | |
| 58. END PORTFOLIO I -- | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. BANK OF AMERICA CORPORATION (personal checking account) | | None | L | T | | | | | |
| 61. | | | | | | | | | |
| 62. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (UNIVERSAL | | | | | | | | | |
| 63. LIFE INSURANCE POLICY) | B | Interest | K | T | | | | | |
| 64. | | | | | | | | | |
| 65. PORTFOLIO II -- | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. 3-M CO. (common stock) | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 74. Companies, Inc.) (common stock) | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. Philip Morris International, Inc. (common stock) | A | Dividend | K | T | | | | | |
| 77. | | | | | | | | | |
| 78. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | | | | 10/01/12 | J | | No gain. Spin-off to Kraft |
| 79. | | | | | | | | | Foods Group (see below) |
| 80. | | | | | | 10/02/12 | J | | Name changed to Mondelez |
| 81. | | | | | | | | | Intl Inc CL A (see below) |
| 82. KRAFT FOODS GROUP (common stock) | | None | J | T | Spinoff (from line 78) | 10/01/12 | J | | No gain. (see above) |
| 83. | | | | | | | | | |
| 84. MONDELEZ INTL INC CL A (common stock) | | None | J | T | | 10/2/12 | J | | No gain. Name changed |
| 85. | | | | | | | | | from Kraft Foods, Inc. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | (see above) |
| 87. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 88. | | | | | | | | | |
| 89. SCH ADV RESRV PREM MONEY MARKET FUND | | None | K | T | | | | | |
| 90. | | | | | | | | | |
| 91. VERIZON COMMUNICATIONS (common stock) | B | Dividend | K | T | | | | | |
| 92. | | | | | | | | | |
| 93. FRONTIER COMMUNICATIONS CORP. (common stock) | | None | | | Sold | 03/12/12 | J | | No gain. |
| 94. | | | | | | | | | |
| 95. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 96. | | | | | | | | | |
| 97. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | | | Sold | 03/12/12 | J | | No gain. |
| 100. (Preferred Convertible Stock) | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 105. | | | | | | | | | |
| 106. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 107. | | | | | | | | | |
| 108. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. TRANSOCEAN, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 111. | | | | | | | | | |
| 112. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 115. | | | | | | | | | |
| 116. PROGRESS ENERGY, INC. (common stock) | A | Dividend | | | Merged (with line 118) | 07/03/12 | K | | No gain. See below. |
| 117. | | | | | | | | | |
| 118. DUKE ENERGY CORP NEW (common stock) | A | Dividend | K | T | | 07/03/12 | K | | See line 116 above. |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. THE SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. AT&T, INC. (common stock) | A | Dividend | K | T | | | | | |
| 123. | | | | | | | | | |
| 124. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | K | T | | | | | |
| 125. | | | | | | | | | |
| 126. BOARDWALK PIPELINE PARTNERS LP (Limited Partnership) | B | Distribution | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. INTERNATIONAL BUSINESS MACHINES CORP. (common stock) | A | Dividend | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. CATERPILLAR, INC. (common stock) | A | Dividend | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | K | T | | | | | |
| 133. | | | | | | | | | |
| 134. FREEPORT-McMORAN COPPER & GOLD, INC. (common stock) | A | Dividend | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. JOHNSON & JOHNSON (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. UNION PACIFIC CORP. (common stock) | A | Dividend | K | T | | | | | |
| 139. | | | | | | | | | |
| 140. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | K | T | | | | | |
| 141. | | | | | | | | | |
| 142. VISA, INC. CLASS A (common stock) | A | Dividend | K | T | | | | | |
| 143. | | | | | | | | | |
| 144. VODAFONE GROUP NEW ADR (common stock) | A | Dividend | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. (Additional New Buy in 2012) | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. LINN ENERGY (Limited Partnership) | B | Distribution | K | T | Buy | 03/15/12 | K | | |
| 149. | | | | | | | | | |
| 150. SEE PART VIII | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. END PORTFOLIO II -- | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PORTFOLIO III | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. WELLS FARGO BANK FDIC INSURED MONEY MARKET ACCOUNT | | None | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | K | T | | | | | |
| 159. | | | | | | | | | |
| 160. SCANA CORP. (common stock) | A | Dividend | K | T | | | | | |
| 161. | | | | | | | | | |
| 162. CISCO SYSTEMS, INC. (common stock) | A | Dividend | | | Sold | 04/18/12 | J | | No gain. |
| 163. | | | | | | | | | |
| 164. INTEL CORP. (common stock) | A | Dividend | K | T | | | | | |
| 165. | | | | | | | | | |
| 166. CONOCOPHILLIPS (common stock) | A | Dividend | J | T | | 05/01/12 | J | | No Gain. See Spin-Off |
| 167. | | | | | | | | | below. |
| 168. PHILLIPS 66 (common stock) | A | Dividend | J | T | Spinoff (from line 166) | 05/01/12 | J | | See above. |
| 169. | | | | | | | | | |
| 170. TEVA PHARMACEUTICALS ADR INDS LTD. (common stock) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. MERCK & CO., INC. NEW (common stock) | A | Dividend | K | T | | | | | |
| 173. | | | | | | | | | |
| 174. (Additional New Buys in 2012) | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. DOW CHEMICAL COMPANY (common stock) | A | Dividend | J | T | Buy | 04/18/12 | J | | |
| 177. | | | | | | | | | |
| 178. SCHLUMBERGER LTD (common stock) | A | Dividend | J | T | Buy | 04/18/12 | J | | |
| 179. | | | | | | | | | |
| 180. END PORTFOLIO III | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. PORTFOLIO IV | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | K | T | | | | | |
| 187. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 189. | | | | | | | | | |
| 190. SCH ADV RESRV PREM MONEY MARKET FUND | | None | K | T | | | | | |
| 191. | | | | | | | | | |
| 192. PIEDMONT NATURAL GAS (common stock) | A | Dividend | J | T | | | | | |
| 193. | | | | | | | | | |
| 194. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 195. | | | | | | | | | |
| 196. SCANA CORPORTION (common stock) | A | Dividend | K | T | | | | | |
| 197. | | | | | | | | | |
| 198. SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 199. | | | | | | | | | |
| 200. DUKE ENERGY CORPORATION (common stock) | A | Dividend | K | T | Buy (add'l) | 08/08/12 | K | | |
| 201. | | | | | | | | | |
| 202. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 203. | | | | | | | | | |
| 204. CONOCOPHILLIPS (common stock) | B | Dividend | K | T | | 05/01/12 | J | | No gain. See Spin-Off |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | below. |
| 206.  PHILLIPS 66 (common stock) | A | Dividend | J | T | Spinoff (from line 204) | 05/01/12 | J | | See above. |
| 207. | | | | | | | | | |
| 208.  JOHNSON AND JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 209. | | | | | | | | | |
| 210.  AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 211. | | | | | | | | | |
| 212.  WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 213. | | | | | | | | | |
| 214.  NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | J | T | | | | | |
| 215. | | | | | | | | | |
| 216.  LOCKHEED MARTIN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 217. | | | | | | | | | |
| 218.  PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |
| 219. | | | | | | | | | |
| 220.  WASTE MANAGEMENT INC. DEL (common stock) | A | Dividend | J | T | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. DUPONT E.I. DE NEMOURS & COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 223. | | | | | | | | | |
| 224. ELI LILLY & CO. (common stock) | A | Dividend | J | T | | | | | |
| 225. | | | | | | | | | |
| 226. VANGUARD SHORT TERM BOND (EXCHANGE TRADED FUND) | B | Dividend | L | T | | | | | |
| 227. | | Distribution | | | | | | | |
| 228. | | | | | | | | | |
| 229. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | J | T | | | | | |
| 230. | | | | | | | | | |
| 231. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |
| 232. | | | | | | | | | |
| 233. INTEL CORP. (common stock) | B | Dividend | K | T | Buy (add'l) | 03/12/12 | J | | |
| 234. | | | | | | | | | |
| 235. (Additional New Buys in 2012) | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. UNION PACIFIC CORP. (common stock) | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. END PORTFOLIO IV | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 242. | | | | | | | | | |
| 243. CMC ASSOCIATES (General Partnership) (one-half interest) | D | Rent | L | W | | | | | |
| 244. Columbia, SC Warehouse | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. NATIONAL BANK OF SOUTH CAROLINA (pesonal checking account) | A | Interest | K | T | | | | | |
| 247. | | | | | | | | | |
| 248. PORTFOLIO V | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | | | | | |
| 251. | | | | | | | | | |
| 252. SCANA CORPORATION (common stock) | B | Dividend | K | T | Buy (add'l) | 03/12/12 | J | | |
| 253. | | | | | | | | | |
| 254. SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. DUKE ENERGY CORPORATION NEW (common stock) (name change) | A | Dividend | K | T | Buy (add'l) | 08/08/12 | J | | See lines 272 below for |
| 257. | | | | | | | | | merger information. |
| 258. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 259. | | | | | | | | | |
| 260. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 261. | | | | | | | | | |
| 262. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 263. | | | | | | | | | |
| 264. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | | | | | |
| 265. | | | | | | | | | |
| 266. CONOCO PHILLIPS (common stock) | B | Dividend | K | T | | 05/01/12 | J | | No gain. See Spin-Off |
| 267. | | | | | | | | | below. |
| 268. PHILLIPS 66 (common stock) | A | Dividend | J | T | Spinoff (from line 266) | 05/01/12 | J | | See above. |
| 269. | | | | | | | | | |
| 270. DUPONT E.I. DE NEMOURS (common stock) | B | Dividend | K | T | | | | | |
| 271. | | | | | | | | | |
| 272. PROGRESS ENERGY, INC. (common stock) | A | Dividend | | | Merged (with line 256) | 07/03/12 | K | | No gain. See below. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. ELI LILLY & CO. (common stock) | A | Dividend | K | T | | | | | |
| 275. | | | | | | | | | |
| 276. ENERGY TRANSFER PARTNERS (Limited Partnership) | B | Distribution | K | T | | | | | |
| 277. | | | | | | | | | |
| 278. TEVA PHARMACEUTICAL ADR INDS LTD. (common stock) | A | Dividend | J | T | | | | | |
| 279. | | | | | | | | | |
| 280. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 281. | | | | | | | | | |
| 282. CATERPILLAR, INC. (common stock) | A | Dividend | J | T | | | | | |
| 283. | | | | | | | | | |
| 284. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | | | | | |
| 285. | | | | | | | | | |
| 286. DOW CHEMICAL COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 287. | | | | | | | | | |
| 288. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 289. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 291. | | | | | | | | | |
| 292. UNION PACIFIC CORP. (common stock) | A | Dividend | K | T | Buy (add'l) | 09/04/12 | J | | |
| 293. | | | | | | | | | |
| 294. VISA, INC. CLASS A (common stock) | A | Dividend | K | T | | | | | |
| 295. | | | | | | | | | |
| 296. (Additional New Buys in 2012) | | | | | | | | | |
| 297. | | | | | | | | | |
| 298. KINDER MORGAN ENERGY LP (Limited Partnership) | A | Distribution | K | T | Buy | 09/04/12 | K | | |
| 299. | | | | | | | | | |
| 300. LAB CP OF AMER HLDG NEW (common stock) | | None | J | T | Buy | 09/04/12 | J | | |
| 301. | | | | | | | | | |
| 302. TIME WARNER CABLE (common stock) | A | Dividend | J | T | Buy | 09/04/12 | J | | |
| 303. | | | | | | | | | |
| 304. END PORTFOLIO V | | | | | | | | | |
| 305. | | | | | | | | | |
| 306. PORTFOLIO VI | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. WELLS FARGO BANK FDIC INSURED MONEY MARKET ACCOUNT | | None | | | Closed | 09/05/12 | J | | No gain. |
| 308. | | | | | | | | | |
| 309. CONOCOPHILLIPS (common stock) | A | Dividend | | | | 05/01/12 | J | | No gain. See Spin-Off |
| 310. | | | | | | | | | below. |
| 311. | | | | | Sold | 08/23/12 | K | C | |
| 312. PHILLIPS 66 (common stock) | A | Dividend | | | Spinoff (from line 309) | 05/01/12 | J | | See above. |
| 313. | | | | | Sold | 08/23/12 | J | B | |
| 314. | | | | | | | | | |
| 315. FIRST EAGLE SOGEN GLOBAL FD CLASS C MUTUAL FUND | | None | | | Sold | 08/23/12 | K | A | |
| 316. | | | | | | | | | |
| 317. END PORTFOLIO VI | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/27/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts:

Page 12, line 150:

(1) SEC v. Bank of America (Fair Fund) - 11/26/2012 - $10.49 -- Partial Recovery of Long-Term Capital Loss.

(2) SEC v. The BISYS Group, Inc. Distribution Fund - 12/21/2012 - $95.42 - Partial Recovery of Long-Term Capital Loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLYDE H. HAMILTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544